UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 6, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. _____ |
| v. | UNDER SEAL |
| MARTA JULIA LORENZANA-CORDON, | 21 U.S.C. §§959(a), 960, and 963 (Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine for Importation into the United States) |
| also known as "JULIE," "YULIE," "JULIA," and "MORENA," | |
| Defendant. | 21 U.S.C. §§ 853 and 970 (Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or around 2008, and continuing thereafter, up to and including 2019, the exact dates being unknown to the Grand Jury, in the country of Guatemala and elsewhere, the Defendant, MARTA JULIA LORENZANA-CORDON, also known as "JULIE," "YULIE," "JULIA," and " MORENA" and others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate and agree to manufacture and distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a) and 960(b)(1)(B)(ii); all in violation of Title 21, and

United States Code, Section 963.

With respect to the Defendant, the controlled substances involved in the conspiracy attributable to the Defendant as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

> (Conspiracy to Manufacture and Distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, Intending, Knowing, or Having Reasonable Cause to Believe that such substance would be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(b)(1)(B)(ii), and 963.)

## FORFEITURE ALLEGATION

The United States hereby gives notice to the Defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

  (Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

              A TRUE BILL:

              _____
              Foreperson

              MARLON COBAR
              Acting Chief
              Narcotic and Dangerous Drug Section
              U.S. Department of Justice
              Washington, D.C. 20530

By: _____
    BRETT REYNOLDS
    Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    Washington, D.C. 20530
    Telephone: (202) 598-2950