**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO.: 20-CR-133 (CKK)** |
| | ) |
| **MARTA JULIA LORENZANA-CORDON,** | ) |
| **also known as "Julie," "Yulie,"** | ) |
| **"Julia," and "Morena,"** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon Motion of the United States for an order for pretrial detention and for good cause shown, it is hereby,

ORDERED that the Defendant is ordered detained pretrial and to be remanded to the custody of the United States Marshal Service.

DATED: _____

_____
HON. _____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

15